MICHAEL R. AYERS
Nevada Bar No. 10851
HINSHAW & CULBERTSON LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant GC Services Limited Partnership

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL W. NORMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP, a Foreign Limited Partnership; MICHAEL & ASSOCIATES, PC, a California corporation; DOES 1-V inclusive, and ROE Corporations VI-X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01493-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR GC SERVICES LIMITED PARTNERSHIP TO RESPOND TO PLAINTIFF'S COMPLAINT** |

COMES NOW, Defendant GC Services Limited Partnership ("GC Services"), and Plaintiff, Paul W. Norman ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to October 7, 2016, for GC Services to answer or otherwise plead in response to Plaintiff's Complaint.

This is GC Services first request for an extension, which it requested from Plaintiff in order to allow GC Services additional time to investigate the factual allegations of the Complaint. Plaintiff has no opposition to GC Services request for an extension.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED**.

DATED this 21st day of September, 2016.

| LAW OFFICES OF CRAIG B. FRIEDBERG | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Craig B. Friedberg (with permission) | /s/ Michael R. Ayers |
| Craig B. Friedberg, Esq.<br>Nevada Bar No. 004606<br>4760 South Pecos Road, Suite 103<br>Las Vegas, NV 89121<br>Telephone: 702-435-7968<br>Facsimile: 702-946.0887<br>Primary: attcbf@cox.net<br>*Attorneys for Plaintiff* | Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Facsimile: 602-631-4404<br>Primary: mayers@hinshawlaw.com<br>*Attorneys for Defendant GC Services Limited Partnership* |

KRAVITZ, SCHNITZER & JOHNSON, CHTD

/s/ Gina M. Mushmeche
Gina M. Mushmeche, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: 702-362-6666
gmushmeche@ksjattorneys.com
*Attorneys for Defendant GC Services Limited Partnership*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2016

2