MICHAEL R. AYERS
Nevada Bar No. 10851
HINSHAW & CULBERTSON LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant GC Services Limited Partnership

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL W. NORMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP, a Foreign Limited Partnership, MICHAEL & ASSOCIATES, PC, a California corporation; DOES I-V inclusive, and ROE Corporations VI-X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01493-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT GC SERVICES LIMITED PARTNERSHIP TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**2ND REQUEST** |

　　　　COMES NOW, Defendant, GC Services Limited Partnership ("Defendant"), and Plaintiff, Paul W. Norman ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **October 21, 2016**, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

　　　　This is the second request for an extension by Defendant. The Parties are in the process of attempting to resolve this action and are still working out all the terms, but have a tentative understanding to resolve this action. No additional requests for extensions are contemplated, as

23478021v1 0990754

1  Defendant will either file a responsive pleading or the parties will file a notice of settlement with
2  the Court.
3  **IT IS SO STIPULATED**
4  DATED this 5th day of October, 2016.

| LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Craig B. Friedberg (*with permission*) | /s/ Michael R. Ayers |
| Craig B. Friedberg, Esq.<br>Nevada Bar No. 004606<br>4760 South Pecos Road, Suite 103<br>Las Vegas, NV 89121<br>Telephone: 702-435-7968<br>Facsimile: 702-946-0887<br>Primary: attcbf@cox.net<br>*Attorneys for Plaintiff* | Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Facsimile: 602-631-4404<br>Primary: mayers@hinshawlaw.com<br>*Attorneys for Defendant GC Services Limited Partnership* |
| | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| | /s/Gina M. Mushmeche<br>Gina M. Mushmeche, Esq.<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Tel: 702-362-6666<br>gmushmeche@ksjattorneys.com<br>*Attorneys for Defendant GC Services Limited Partnership* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2016

23478021v1 0990754