UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAUL W. NORMAN,<br><br>                        Plaintiff,<br><br>        v.<br><br>GC SERVICES LIMITED PARTNERSHIP, et al.,<br><br>                        Defendants. | Case No. 2:16-cv-01493-APG-PAL<br><br>ORDER |

This matter is before the court on Defendant Michael & Associates' ("M&A") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed June 23, 2016. M&A filed its Answer (ECF No. 8) October 3, 2016. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, M&A has failed to comply. Accordingly,

**IT IS ORDERED** M&A shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than November 22, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of November, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE