UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| PAUL W. NORMAN, | Case No. 2:16-cv-01493-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GC SERVICES LIMITED PARTNERSHIP, et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a stipulation to dismiss. The undersigned conducted a hearing on April 25, 2017, on the parties' Motion to Enforce Settlement Agreement (ECF No. 18) as well as other matters. *See* Minutes of Proceedings (ECF No. 34). During that hearing, the motion to enforce settlement agreement was granted. The court ordered defendant to tender the agreed upon settlement amount within 14 days after receipt of a completed W-9 and for the parties to submit a stipulation to dismiss with prejudice with each side responsible for its own attorneys' fees and costs to be filed within 30 days. Neither side filed an appeal or objection to the order. To date, the parties have not filed their stipulation to dismiss.

**IT IS ORDERED** that the parties shall have until **June 16, 2017**, to file the stipulation to dismiss. **Failure to timely comply will result in issuance of an order to show cause why the case should not be dismissed with prejudice, and sanctions imposed for the parties' failure to comply with the court's order.**

DATED this 2nd day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1