LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Joseph P. Garin (Bar No. 6653)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant*
*Michael & Associates, PC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL W. NORMAN,<br><br>    Plaintiff<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, A FOREIGN LIMITED PARTNERSHIP; MICHAEL & ASSOCIATES, PC, A CALIFORNIA CORPORATION, DOES I-V INCLUSIVE, AND ROE CORPORATIONS VI-X, INCLUSIVE,<br><br>    Defendants. | Case No.: 2:16-cv-01493-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff PAUL W. NORMAN ("Plaintiff"), and Defendants GC SERVICES LIMITED PARTNERSHIP and MICHAEL & ASSOCIATES, PC ("Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, with each of the parties to bear their own respective attorneys' fees and costs.

**ORDER**

Based on the parties' stipulation, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED in its entirety, with prejudice, each party to bear its own fees and costs.

Dated: June 6, 2017.

_____
United States District Judge

Dated: June 6, 2017.

LAW OFFICES OF
CRAIG B. FRIEDBERG, ESQ.

    */s/ Craig B. Friedberg*
By: _____
    CRAIG B. FRIEDBERG, ESQ.
    Nevada Bar No. 004606
    4760 S. Pecos Rd., Suite 103
    Las Vegas, Nevada 89121

    *Attorneys for Plaintiff*
    *Paul W. Norman*

Dated: June 6, 2017.

LIPSON, NEILSON, COLE, SELTZER, & GARIN, P.C.

    */s/ Joseph P. Garin*
By:_____
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

    *Attorneys for Defendant*
    *Michael & Associates, PC*

Dated: June 6, 2017.

HINSHAW & CULBERTSON LLP

    */s/ Michael R. Ayers*
By: _____
    MICHAEL R. AYERS, ESQ.
    Nevada Bar No. 10851
    2375 E. Camelback Road, Suite 750
    Las Vegas, Nevada 85016

and

GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Defendant*
*GC Services Limited Partnership*